# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

Cory Fairfield

v. Case No. 23-cv-873-JPS

Waukesha County, et al.

---

**PLAINTIFF'S MOTION TO PERMIT THE TESTIMONY OF EXPERT WITNESS DR. ROSS MACDONALD**

---

Pursuant to Rule 702, FRE, the Plaintiff, Cory Fairfield, by his attorneys, The Jeff Scott Olson Law Firm, S.C., hereby moves the Court for an order permitting the Plaintiff's expert witness Dr. Ross MacDonald, to testify to the opinions in his Report. The Plaintiff anticipates that the opinions and interpretations of fact given by Dr. MacDonald and Ms. Ward in their Reports will feature prominently in his opposition to Defendants' motions for summary judgment.

On October 15, 2024, the Plaintiff submitted a Rule 26(b)(2)(A) Disclosure of Experts to opposing counsel, naming Dr. Ross MacDonald and R.N. Suzanne Ward as retained expert witnesses, and noting he had previously sent them their Reports, C.V.'s, lists of cases in which each had testified in the past four years, and their

invoices for services to date. Copies of those Reports and C.V.'s are filed as attachments to the Declaration of Jeff Scott Olson.

The grounds for this motion are as set forth in the supporting brief accompanied by the Declaration of Jeff Scott Olson, with attachments, all of which are filed herewith.

Dated this 15th day of October, 2025

Respectfully submitted,

Cory Fairfield,
Plaintiff,

By

THE JEFF SCOTT OLSON LAW FIRM, S. C.
ATTORNEYS FOR PLAINTIFF
Jeff Scott Olson
State Bar Number 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI 53597
Phone (608) 283-6001
Fax (608) 283-0945
Email JSOlson@scofflaw.com

*/s/ Jeff Scott Olson*

___

Jeff Scott Olson