# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Cory Fairfield

v. Case No. 23-cv-873-JPS

Waukesha County, et al.

---

**JOINT FINAL SETTLEMENT REPORT**

---

The parties to this litigation, by and through their respective counsel, pursuant to the Court's scheduling order, dkt # 103, hereby submit this Report, giving the status of settlement discussions to date.

The parties attempted to settle this case via mediation in 2024; that attempt proved unsuccessful. After the Court issued its Decision on the Defendants' Motions for Summary Judgment on September 22, 2026, the Plaintiff and Defendant Waukesha County, the only remaining defendant in the case, resumed negotiations.

While the parties are closer in their positions than they were in 2024 and continue to close the gap, they have not yet reached a settlement but believe that with continued efforts on both sides, a settlement may be reached in the coming weeks.

Dated this 12th day of November, 2026

Respectfully submitted,

Cory Fairfield, Plaintiff

By: /s/ Jeff Scott Olson

THE JEFF SCOTT OLSON LAW FIRM, S. C.
ATTORNEYS FOR PLAINTIFF
Jeff Scott Olson
State Bar Number 1016284
Andrea J. Farrell
State Bar Number 1064773
1025 Quinn Drive, Suite 500
Waunakee, WI 53597
Phone (608) 283-6001
Fax (608) 283-0945
Email JSOlson@scofflaw.com

Attorneys for Waukesha County, Defendant

By: /s Kiley B. Zellner
SAMUEL C. HALL, JR.
State Bar No. 1045476
KILEY B. ZELLNER
State Bar No. 1056806
KEVIN R. LANDGRAF
State Bar No. 1129261
ATTORNEYS FOR COUNTY DEFENDANTS
CRIVELLO, NICHOLS & HALL, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellolaw.com
kzellner@crivellolaw.com
klandgraf@crivellolaw.com