CRIVELLO NICHOLS & HALL, S.C.
ATTORNEYS

**Kiley B. Zellner**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7508
Email: KZellner@CrivelloLaw.com

November 18, 2026

Via E-Filing
Hon. J. P. Stadtmueller
U.S. District Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: *Cory Fairfield v. Waukesha County, et al.*
Eastern District of Wisconsin Case No. 23-CV-873

Dear Judge Stadtmueller:

The parties write jointly to request a brief extension of the deadlines for filing motions in limine and motions under Federal Rule of Evidence 702, currently due November 18, 2026, to November 25, 2026, the existing deadline for submission of the joint final pretrial report, based on the near certainty that such submissions will not be necessary.

The parties have engaged in substantial settlement discussions and have reached agreement on the monetary amount necessary to resolve this litigation. Although the principal financial term of settlement has been resolved, the parties are still working to finalize a nonmonetary term, regarding the scope of Plaintiff's reservation of appellate rights against a previously dismissed defendant. The proposed settlement term has been approved by all participants save a single County official who is presently engaged in trial and is not expected to be available for further discussions until later this week. The parties are optimistic that the remaining issue can be resolved promptly but are not yet in a position to advise the Court that a final settlement has been reached.

Given the status of these discussions, the parties respectfully submit that a short extension of the motions in limine and Rule 702 deadlines would avoid potentially unnecessary expenditure of substantial time and resources finalizing and filing contested pretrial motions in a case that may be resolved within the next couple days.

The requested extension would not alter the existing November 25, 2026 deadline for the joint final pretrial report or otherwise affect the trial schedule. The parties will promptly notify the Court if a final settlement is reached.



MILWAUKEE, WI (414) 271-7722 | MADISON, WI (608) 819-8490 | WAUWATOSA, WI (414) 454-6860 | EAU CLAIRE, WI (715) 598-1730 | MUKWONAGO, WI (262) 363-7720 | CHICAGO, IL (312) 523-2111 | PEORIA, IL (309) 839-1946 | EDWARDSVILLE, IL (618) 655-0006

For these reasons, the parties respectfully request that the Court find good cause to extend the deadlines for filing motions in limine and Rule 702 motions to November 25, 2026.

Thank you for the Court's consideration of this request.

Respectfully submitted,

KILEY B. ZELLNER
KBZ/apl

*Submitted jointly with the agreement of Plaintiff's counsel.*